IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KIRSTEN SHAIRE THEMMES,

                Plaintiff,

v.

MARTIN J. O'MALLEY,

                Defendant.

ORDER

24-cv-742-amb

---

Pursuant to a joint motion for remand filed by the parties on February 24, 2025, Dkt. 10, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. Specifically, on remand, the administrative law judge will offer plaintiff Kirsten Shaire Themmes the opportunity for an administrative hearing, proceed through the sequential disability evaluation process as appropriate, and issue a *de novo* decision.

Entered February 26, 2025.

BY THE COURT:

/s/
_____
ANITA MARIE BOOR
Magistrate Judge